808 A.2d 852

IN THE MATTER OF GERALD A. NUNAN,
AN ATTORNEY AT LAW.

November 4, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–304, concluding that **GERALD A. NUNAN** of **MORRISTOWN,** who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of three months for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 5.5 (practicing law while ineligible), and *RPC* 8.1(b) (failure to cooperate with the ethics authorities), and good cause appearing;

It is ORDERED that **GERALD A. NUNAN** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective December 2, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.